UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-20085-CR-COOKE

UNITED STATES OF AMERICA

vs.

GEORGE FERRER SANCHEZ,

      **Defendant.**

_____/

**FACTUAL PROFFER**

Had this case proceeded to trial, the Government would have proved beyond a reasonable doubt that the following facts occurred in Miami-Dade County, in the Southern District of Florida and elsewhere:

From or around January 2009 or earlier, and continuing to at least June 2015 or later, a group of individuals, including **GEORGE FERRER SANCHEZ**, and additional unnamed associates, were members or associates of an alien smuggling conspiracy operating in Miami, Florida and elsewhere as charged in Count 1 of the Indictment. The parties further stipulate that **GEORGE FERRER SANCHEZ** and others also conspired to launder funds through the American banking system to promote and further their alien smuggling conspiracy. The parties stipulate that the unlawful activity underlying the money laundering conspiracy charged in Count 3 was alien smuggling.

## EXAMPLES OF THE ALIEN SMUGGLING AND MONEY LAUNDERING CONSPIRACIES' OPERATION

On or about January of 2006, **GEORGE FERRER SANCHEZ** and others began using vessels to smuggle Cuban nationals to the United States through Mexico. During **GEORGE FERRER SANCHEZ** participation in the groups' human smuggling activities members stole boats and engines in the United States in furtherance of their efforts. **GEORGE FERRER SANCHEZ** further used jailhouse phone calls to communicate with associates so he could continue to assist the conspiracy's operation despite periods of confinement.

Also on or about January of 2006, **GEORGE FERRER SANCHEZ** and other members of the organization brought migrants out of Cuba in exchange for payment for their smuggling services. During some of the episodes **GEORGE FERRER SANCHEZ** and his associates used telephone lines to communicate with the families of smuggled victims in order collect payment in South Florida. Following his arrest under this indictment **GEORGE FERRER SANCHEZ** provided a recorded statement acknowledging his participation in the smuggling of migrants.

In or about 2010, **GEORGE FERRER SANCHEZ** and other members of the organization attempted to smuggle a Cuban national out of Cancun, Mexico.

On or about October 10, 2013, **GEORGE FERRER SANCHEZ** and others conspired with members of the organization to smuggle Migrant #1 and Migrant #2 from Cuba to the United States.

On or about September 5, 2014, **GEORGE FERRER SANCHEZ** enlisted and conspired with members and associates of the organization to launder proceeds from the smuggling of Migrant #1 and Migrant #2 through a check, Check No. 75553905-3, drawn in the amount of approximately $10,000 from TD Bank.

On or about September 5, 2014, **GEORGE FERRER SANCHEZ** enlisted and conspired with members and associates of the organization to launder proceeds from the smuggling of Migrant #1 and Migrant #2 through a check, Check No. 75553906-4, drawn in the amount of approximately $10,000 from TD Bank.

On or about September 26, 2014, **GEORGE FERRER SANCHEZ** enlisted and conspired with members and associates of the organization to launder proceeds from the smuggling of Migrant #1 and Migrant #2 through a check, Check No. 75574348-7, drawn in the amount of approximately $10,000 from TD Bank.

On or about September 26, 2014, **GEORGE FERRER SANCHEZ** enlisted and conspired with members and associates of the organization to launder proceeds from the smuggling of Migrant #1 and Migrant #2 through a check, Check No. 75574347-6, drawn in the amount of approximately $10,000 from TD Bank.

On or about September 26, 2014, **GEORGE FERRER SANCHEZ** enlisted and conspired with members and associates of the organization to launder proceeds from the smuggling of Migrant #1 and Migrant #2 through a check, Check No. 75574377-0, drawn in the amount of approximately $9,500 from TD Bank.

On or about September 26, 2014, **GEORGE FERRER SANCHEZ** enlisted and conspired with members and associates of the organization to launder proceeds from the smuggling of Migrant #1 and Migrant #2 through a check, Check No. 75574349-8, drawn in the amount of approximately $10,000 from TD Bank.

On or about October 14, 2014, **GEORGE FERRER SANCHEZ** enlisted and conspired with members and associates of the organization to launder proceeds from the smuggling of

Migrant #1 and Migrant #2 through a check, Check No. 75574378-1, drawn in the amount of approximately $9,500 from TD Bank.

On or about December 17, 2014, **GEORGE FERRER SANCHEZ** enlisted and conspired with members and associates of the organization to launder proceeds from the smuggling of Migrant #1 and Migrant #2 through a check, Check No. 1084, drawn in the amount of approximately $9,000 from TD Bank.

On or about January 5, 2015, **GEORGE FERRER SANCHEZ** enlisted and conspired with members and associates of the organization to launder proceeds from the smuggling of Migrant #1 and Migrant #2 through a check, Check No. 75620785-4, drawn in the amount of approximately $9,800 from TD Bank.

On or about January 8, 2015, **GEORGE FERRER SANCHEZ** enlisted and conspired with members and associates of the organization including to launder proceeds from the smuggling of Migrant #1 and Migrant #2 through a check, Check No. 75620793-3, drawn in the amount of approximately $9,700 from TD Bank.

On or about January 8, 2015, **GEORGE FERRER SANCHEZ** enlisted and conspired with members and associates of the organization including to launder proceeds from the smuggling of Migrant #1 and Migrant #2 through a check, Check No. 75620792-2, drawn in the amount of approximately $9,500 from TD Bank.

On or about January 19, 2015, **GEORGE FERRER SANCHEZ** enlisted and conspired with members and associates of the organization including to launder proceeds from the smuggling of Migrant #1 and Migrant #2 through a check, Check No. 75620804-5, drawn in the amount of approximately $9,700 from TD Bank.

On or about January 19, 2015, **GEORGE FERRER SANCHEZ** enlisted and conspired with members and associates of the organization to launder proceeds from the smuggling of Migrant #1 and Migrant #2 through a check, Check No. 75620805-6, drawn in the amount of approximately $9,500 from TD Bank.

On or about January 29, 2015, **GEORGE FERRER SANCHEZ** enlisted and conspired with members and associates of the organization to launder proceeds from the smuggling of Migrant #1 and Migrant #2 through a check, Check No. 75620827-1, drawn in the amount of approximately $7,500 from TD Bank.

On or about January 30, 2015, **GEORGE FERRER SANCHEZ** enlisted and conspired with members and associates of the organization to launder proceeds from the smuggling of Migrant #1 and Migrant #2 through a check, Check No. 75620833-7, drawn in the amount of approximately $8,500 from TD Bank.

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

Date: 8/13/2019     By: _____
                    IGNACIO J. VÁZQUEZ, JR.
                    ASSISTANT UNITED STATES ATTORNEY

Date: 8/13/19       By: _____
                    PHILLIP R. HOROWITZ, ESQ.
                    ATTORNEY FOR DEFENDANT

Date: _____     By: _____
                    GEORGE FERRER SANCHEZ
                    DEFENDANT