UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-20085-CR-COOKE

UNITED STATES OF AMERICA

v.

**GEORGE FERRER SANCHEZ,**

    **Defendant.**

_____/

**UNITED STATES OF AMERICA'S OBJECTIONS TO THE PRESENTENCE
INVESTIGATION REPORT DE37**

The United States, by and through the undersigned Assistant United States Attorney, files the following Objections to the Presentence Investigation Report (PIR).

**I.    Objection at the Offense Conduct, Supplemental Facts Paragraphs 7-20**

The United States has learned that after fleeing from the State of Florida from an attempted murder charge, Sanchez began participating in the alien smuggling and money laundering conspiracies. The United States' witnesses will testify that Sanchez and his confederates smuggled in excess of 100 migrants during the operation of the alien smuggling and money laundering conspiracies.

In furtherance of the alien smuggling and money laundering conspiracies, Sanchez and his associates aligned with members of Mexican criminal organizations and other criminal associates to advance their operations. As part of his arrangement with Mexican criminal groups, Sanchez routinely paid a tax on each load of migrants brought to Mexico.

Further, the United States understands that Sanchez and his confederates used other criminal acts to generate capital for reinvestment in the alien smuggling and money laundering conspiracies.

a. **Conducting Involving Risk, Death and Use of Firearms**

Witnesses to Sanchez' operation of the alien smuggling and money conspiracies also reported that the offense involved intentionally or recklessly creating a substantial risk of death or serious bodily injury to migrants. Further, the United States understands that at least one individual died during the subject conspiracies' operation. Additionally, members of the charged conspiracies also used and discharged firearms.

Based on the nature of the conspiracies' operation the United States submits this resulting conduct was foreseeable and attributable to Sanchez.

II. **Objections as to Base Offense Level and Non-Assessment of Specific Offense Characteristics, Paragraphs 24-25**

The sentencing guideline for money laundering, § 2S1.1(a)(1), incorporates by cross-reference the specific offense characteristics for the underlying alien smuggling conspiracy. Pursuant to the cross reference the base offense level is 12. *See* U.S.S.G. § 2L1.1(a)(3).

Pursuant to the cross-referenced alien smuggling guideline, the offense level is increased by nine levels as offense involved the smuggling, transporting, or harboring of more than 100 aliens. *See* U.S.S.G. § 2L1.1(b)(2)(C).

Further, based on the discharge of a firearm during the alien smuggling conspiracy, the offense is increased by six levels. *See* U.S.S.G. § 2L1.1(b)(5)(A). The guidelines are further increased by 10 level due to a resulting foreseeable death. *See* 2L1.1(b)(7)(D).

III. **Objection as to Total Guideline Assessment, Paragraphs 34 and 83**

Based on the assertions above, and factoring in the defendant's acceptance of responsibility, the United States submits that the guideline range of imprisonment is 292 to 365 months. Accordingly, the effective guideline is fixed by the statutory maximum of 240 months.

A summary of the United States' identified guideline provisions pursuant to the cross reference is set forth below.

| | | |
|---|---|---|
| 2L1.1(a)(3) | Base Offense Level | 12 |
| 2L1.1(b)(2)(C) | offense involved the smuggling, transporting, or harboring of 100+ aliens | +9 |
| 2L1.1(b)(5)(A) | a firearm was discharged | +6 |
| 2L1.1(b)(6) | the offense involved intentionally or recklessly creating a substantial risk of death or serious bodily injury to another person | +2 |
| 2L1.1(b)(7)(D) | Death | +10 |
| 3B1.1(a) | Organizer or leader (Previously assessed by the Probation Officer) | +4 |
| | Total offense level | 43 |

Acceptance of Responsibility (U.S.S.G. § 3E1.1)

| | | |
|---|---|---|
| § 3E1.1(a) | the defendant clearly demonstrates acceptance of responsibility for his offense | -2 |
| § 3E1.1(b) | Government motion recognizing acceptance of responsibility | -1 |

## CONCLUSION

For the foregoing reasons, the United States respectfully requests that the Court sustain the objections to the PIR.

                                      Respectfully submitted,

                                      ARIANA FAJARDO ORSHAN
                                      UNITED STATES ATTORNEY

By:    /s/ Ignacio J. Vázquez, Jr.
          Ignacio J. Vázquez, Jr.
          Assistant United States Attorney
          Florida Bar No. 16275
          99 Northeast 4th Street
          Miami, Florida 33132-2111
          Tel: (305) 961-9318
          Fax: (305) 530-7976

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was uploaded onto the Court's CM/ECF system and sent via CM/ECF to all counsel of record on October 25, 2019.

                                      /s/ Ignacio J. Vázquez, Jr.
                                      Ignacio J. Vázquez, Jr.
                                      Assistant United States Attorney