# UNITED STATES DISTRICT COURT

## Southern District of Florida

Case Number: _____ 19 Cr 20085 - MGC

_USA Government_
_____
Plaintiff(s)

v.

_George Ferrer Sanchez_
_____
_Reg # 17958-104_
_____
_____
Defendant(s)

FILED BY __JB__ D.C.

JAN 1 4 2020

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

_Reference letter_
_____
*(TITLE OF DOCUMENT)*

I, _George Ferrer_ plaintiff or defendant, in the above styled cause,

want to add this Reference letter to my case given to me while working in FDC.

(Rev. 10/2002) General Document

---

**Certificate of Service**

I _____ *Jorge Ferrer* _____ , certify that on this date _____ 1/15/20 · _____ a true copy

of the foregoing document was mailed to: _____

                                          name(s) and address(es)

---

By: *Jorge Ferrer*

Printed or typed name of Filer

Florida Bar Number

Phone Number

*FDC.*

Street Address

*#17958-104.*

City, State, Zip Code

Signature of Filer

E-mail address

Facsimile Number



**UNITED STATES GOVERNMENT**

# Memorandum

**FEDERAL BUREAU OF PRISONS**
Federal Detention Center
Miami, Florida 33132

January 02, 2020

FROM: S. McClain, Cook Supervisor

SUBJECT: Work ethic/inmate

     While working as a Cook Supervisor at FDC Miami, inmate Ferrer, George reg#17958-104 has displayed excellent work ethic and completed every task assigned to him without hesitation. It truly has been a pleasure having him assigned to my detail, knowing that instruction given will be followed.

Cook Supervisor
S. McClain