UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                          CASE NO.: 19-20085-CR-COOKE

GEORGE FERRER SANCHEZ,

    Defendant.
_____/

## NOTICE OF APPEAL

NOTICE OF HEREBY GIVEN that the Defendant GEORGE FERRER SANCHEZ hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the sentence imposed by this Court in open court on January 22, 2020 as reflected in the judgment filed on January 24, 2020 (DE #56) pursuant to 18 U.S.C. §3742.

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing of the foregoing was electronically filed with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record this 6th day of February 2020.

Respectfully submitted,

LAW OFFICES OF PHILIP R. HOROWITZ
Attorney for Defendant FERRER SANCHEZ
Suite #1910 - Two Datran Center
9130 South Dadeland Boulevard
Miami, Florida 33156
Tel.: (305) 670-1915
Fax.: (305) 670-1901
E-Mail: *HorowitzDefense@aol.com*


   */s/ Philip R. Horowitz*
By: PHILIP R. HOROWITZ, ESQUIRE
Florida Bar No.: 466557