19-cr-20085-Cooke     04 abril 28/4/14

FILED BY ___ D.C.
APR 28 2020
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Buenos dias q' Dios la Bendiga Honorable le Ago llegar esta presente por todo este Problema del Planeta contamos con un periodo Breve en este Mundo, no tengo ni idea cuanto voy a estar y tengo una vista de Restitucion y Quiero contarle un Poquito a ver si tengo Oportunidad Honorable Marcia Cooke yo nunca he cojido 5 Millones de dolares, Nunca, le Ruego le Pido Misericordiosamente q' Examine si Ay alguna transacion dudosa

El fiscal Ignacio Vazquez ha manejado las verdades a su manera vienen con un Problema aqui y ellos traen 3 Problemas para q' usted crea y la engañen, con Papeles Repletos de Mentiras

Mi Abogado un Defensor Excelente del Distrito Agradable Persona Me Engaño Horriblemente. Despues el dia la Sentencia si Aslas con la. Jueza te va a dar 70 años Imaginese las Piernas Me tenblaban oste por Aslar cortesmente.

El Abogado Philip R Horowitz sabe q' Nunca he cojido 5 millones an fabricado la Mayoria de las Cosas y ahora quieren sacar a 2 Niños inocentes a q' vallan a la calle a cojer corona virus y Mueran en la calle ve usted esto Justo Honorable, le Pido Misericordiosamente. Revise mi caso,

El fiscal Ignacio Vazquez Miente la Engaña Esto ha ido mas alla de lo Profesional a lo Personal a optado una Postora Hostil asia mi y mi familia Engañandola y ostentando su Poder.

Honorable se q' usted tiene un Compromiso Moral y mas alla con Estados Unidos, Pero tanbien con su conciencia y la verdad, todo mi caso es Basado en Jentes Enfermas de la Cabeza y an Enformado al fiscal con cosas muy Horribles todo en Mexico todo

Si Jente conoci en algun Momento en Mexico Mas Nunca los Vi en Estados Unidos

Entiendo q' el crea q' el tiene un Caso Grande el quiere a toda Costa USTED Oiga alguien todo basado en fuentes q' tienen Problemas Mentales si tiene Algo y por este Algo el Piensa yo trabaje par el Gobierno de Estados Unidos en el 2011 Arriesgue mi Vida y la de mi familia. Por 1 año y Medio con un Supervisor sin decir una Mentira llevo 8 años trabajando bajo el Sol lleván Investigando 2 años atras de mi a todas lados No tienen una Evidencia solo lo q' aslan de ase 15 años atras y por aver trabajado para el Gobierno lo Unico q' quiere el fiscal Ignacio Vazquez q' yo tome la Postura de Jente Enferma. De la Cabeza y le de Informacion Errónea. Ojala Dios me De la oportunidad de volverla a Ver y USTED me Deje q' yo able con USTED, no lo ise El dia Sentencia Por Miedo IGNOCANTE

Disculpe Honorable por su tiempo Espero q' Revise mi Caso 10 minutos es Verdad q' tienen Verdades pero no par llevarme. asta donde me han llevado disiendo Mentiras a la Jueza y q' me echen 20 años Saquen a mi familia de la CASA Inocentes 5 años y 9 años todo por Aser un Negocio, Creo q' no es Justo, Pero USTED es la q' Manda y tiene la Ultima Palabra, Pero le Pido no se fie del fiscal. y aga conmigo lo q' a Echo con Miles de Presos q' usted se a Inclinado a la Verdad Se lo Ruego Revise no todo es lo q' disen pidale una Prueba fisica una de Verdad al fiscal. fiscal en los 2 años atras de George Ferrer q' a Echo un Negocio

Disculpe Dios la Bendiga, le volvere a Escribir Hoy no quiero Atormentar tanto Pero Entiendame Atentamente GEORGE FERRER.

George Ferrer
Reg 17958-104
FDC Miami
P.O. Box 019120
Miami, FL 33101
Federal Detention Center

USMS INSPECTED
RECEIVED

MIAMI FL
24 APR 2020 PM

3312831810 0075

Official Court Hon Marcia G Cooke
Wilkie D. Ferguson Federal Courthouse
400 N Miami Ave.
Miami FL 33128