George Ferrer 20085-MCC 04/27/20

Honorable Marcia Cooke Antes q' nada Buen dia y Dios la Bendiga mi Nombre George Ferrer 17958-104 Honorable quisiera Pedirle Humildemente y Misericordiosamente como Padre de familia Revise mi caso 10 Minutos Aunque Entiendo q' tiene Demaciado Pero voy a tener fe

Honorable quiero Desirle q' mi caso Basado en Jente Enferma Mentales q' al decir Verdad el Fiscal Ignacio Vazquez les a creido sin un Apice de Evidencia, ni Pruebas Son Historias Entiendo q' el Fiscal Pienso q' tiene un Caso Bien Grande, cuando en Realidad yo Fui un Peon Mas Para el, No ocupo Asiento dandole Informacion Estuve 12 dias sin Comer en el SHU, FDC No por mi caso, sino todas las Injusticias q' el Queria ser q' logro, Porque Tengo un Excelente Abogado pero al Final el lo convencio y mi Abogado fue me dijo Aste Culpable 5 años y crei en el Infinitamente, Pero en Realidad el sabe no coji 5 millones de dolares

Honorable yo solo quiero Rogarle como Usted a Echo con Miles de Presos y se a Inclinado a la Verdad soy un Padre, Ase 15 años Fueron estos Echos Nunca le echo daño a nadie q' viene Desamparado de Cuba, tal vez si yo ubiese ayado ese dia, Usted ubiese Entendido Le Ruego el dia de mi Nueva Corte. El 2 Junio dejeme Ablar con Usted le Rogare a Dios y tendre fe porque esto Suceda Mi Unica Salida es Usted q' me Escuche.

Porque al Final he Luchado Pero no Puedo con 3 Agentes, un Fiscal, y mi Abogado por mas q' lucha ellos son una Maquina Tal vez Usted Honorable me Escuche y Veas las Cosas Diferentes y Vea le Ablo con la Verdad

Mis Mas Sincera Disculpa, Pero no voy a Descansar Asta q' Honorable me deje Ablar

Un Padre     Atentamente George Ferrer.

[FILED BY CASO D.C. MAY - 4 2020 ANGELA E. NOBLE CLERK U.S. DIST. CT. S. D. OF FLA. - MIAMI]



MIAMI FL 331

29 APR 2020 PM 5 L

Official Court to Hon Marcia G. Cook
Wilkie D Ferguson Federal Courthouse
400 N Miami Ave
Miami Fl 33128

George Ferrer
Reg # 12958-104
FDC Miami
P.O.Box 019120
Miami Fl 33101