Buen Dia Honorable Marcia. Ante q' NADA q' Dios la Bendiga. Mi Nombre es George Ferre 17958-104. q' Dios la Proteja de esta Pandemia, Le escribo con fe y la verdad para a ver si la Proxima Corte usted me da una Oportunidad de Ablarle y me vea Diferente al Igual q' todo el Planeta esta Mirando la vida Diferente y Como Aslan de todas las Personas Disen q' usted tiene un Gran Corazon, pero Como toda Jueza trabaja y tiene un Conpromiso mas Alla de su vida con Estados Unidos y yo fui un Preso mas q' el fiscal Desafio Dejandome en sus Manos para q' usted Desidiera, Pero tenia Demasiadas Hojas Repletas de Mentiras Engaños BACKGROUND Demaciado Extenso de Supuestamente 15 Años atras en Mexico, Usted tiene Muchos Problemas Como para Descubrir q' todas BACKGROUND estan llenas de Mentira, yo quisiera tener la Oportunidad USTED me escuche a lo mejor tengo Opcion me Acepten la Apelacion, USTED ME VE Diferente Explicandole todos estos Acontecimientos Donde Ase 15 años Donde no fui un Angel, Pero tanpoco esas Historias Horribles q' tiene el fiscal q' fui Sentenciado Por esas Historias Sin Sentido Evidencia Pruebas, NADA Solo Basado en Personas Enfermas Mentales y el fiscal Ignacio Vazquez Creyo Creo q' Si me Sintiera Culpable de esos Casos Horrorosos y feos, no le Estaria Escribiendo y Ahora quiere Aserle ver a usted q' ay Transaciones De Dinero Cuales no Existen

Por favor Antes de Aser un fallo contra 2 Niños Inocentes, Escucheme Soy un Padre, Se lo Ruego
Atentamente George Ferrer.
17958-104      19 CR - 20085 - USA. Marcia G cooke

George Ferrer
Reg # 17958-104
FDC Miami
P.O. Box 019120
Miami Fl 33101

Official Court to Hon Marcia G Cooke
Wilkie D Ferguson Federal Courthouse
400 N Miami Ave
Miami Fl 33128

MAY 08 2020 12:40 PM

USMS INSPECTED RECEIVED