FILED BY ____ D.C.
MAY 12 2020
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA - MIAMI

Honorable Marcia Cooke Dios le De Muchas Vidas Felicidades Por el Dia las Madres

Tengo Corte el 2 Junio y le escribo, escribo porque soy Padre y Estoy Desesperado, Pero le pido Misericordiosamente me De Una Oportunidad De Ablarle, Nunca He Cojido 5 Millones Pero De tantos Problemas y trabajo, Vuelvan a Venir Personas Profesionales A Mentir y su Astucia a Volver a llenar Su Burro de un Expediente Voluminoso Repletos y llenos De Mentiras

Si Fui un Pecador y trasportador Ase 15 Años Atras de Cuba, Pero Nunca le etto Daño A Un Balsero Igual q' yo, y Esos Delitos Horrible q' quiere el Fiscal, Nunca, Nunca E echo Eso Creo y Pienso No echo transasion fraudelenta para Attora Quieran Sacar 2 Niñas De 15 y 9 años De Su casa a coger Una pandemia

Yo Quisiera Antes q' Usted Aga Su Balanza Yo le Quisiera Ablar con Logica y Verdad

Por favor Dejeme Ablarle Antes su fallo soy Padre

Gracias George Ferrer 17958-104
19-CR-20085 Marcia G Cooke

MAY 12 2020
12:04 PM

USMS INSPECTED RECEIVED

George Ferrer
Reg # 17958-104
FDC - Miami
P.O. Box 019120
Miami, FL 33101

Official Court Hon Marcia G cooke
Wilkie D Ferguson Federal Courthouse
400 N Miami Ave
Miami, FL 33128