Honorable Marcia G Cooke Antes
Dios la Bendiga

Honorable como vera mi Desesperacion es
muy Grande ya q' soy Padre.
Le Ago esta Nota pidiendole
Misericordiosamente q' me Deje Ablar
con Usted y me Escuche Antes De
Aser un fallo contra 2 Niños Inocentes
Antes De esta Pandemia
Le voy Ablar con el corazon Puro mas
que eso con Logica y Echos Le.
An Puesto un Expediente Bian Grande
y Voluminoso Replatos De Mentiras soy
Cubano en mi Vida Le echo Daño a un Balsero Igual q' yo
Dame la Opatunidad De ser Escuchado
Le voy ablar con Logica y Verdad

Le pido con Fe y Esperanza me De
Una Opatunidad Escucheme.

Discolpame pero soy Padre. Gracias

George Ferrer 17958-104.

CR-19-20085- USA Marcia G. Cooke

Gaston Ferrer
Reg # 17188-104
FCC Miami
P.O. Box 019120
Miami, Fl 33101

MAY 15 2020
11:05 AM

USMS
INSPECTED    RECEIVED

33128-181037

Official Court to Hon MARCIA G COOKE
Wilkie D Ferguson Federal CourtHouse
400 N Miami Ave
Miami, Fl 33128

MIAMI FL 331
12 MAY 2020 PM 4 L


FOREVER