Honorable Marcia G Cooke Antes q' Nada Dios la Bendiga de mucha salud.

Todos los dias ago una oracion con fe a ver si usted me da la oportunidad de q' usted me escuche soy un padre desesperado

Antes q' usted tome un fallo contra 2 niños 5 y 9 años tal vez usted me escuche y puedan cambiar muchas cosas tengo esperanza.

Por favor mi proxima corte es el 2 de Junio le pido misericordiosamente.

Yo le voy aslar con el corazón, logica y la verdad. Los hechos. Demaciadas y horibles mentiras engañan Por favor Marcia Cooke escucheme

Disculpe tanta insistencia
  Pidan y se les dara Mateo 7:7 (RVC)

Atontamente George Ferrer 17958-104.
  CR-19-20085- Marcia Cooke.
  CR-19-20085- Marcia Cooke.

George Ferrer
Reg # 17958-104
FDC Miami
P.O. Box 019120
Miami, Fl 33101

Official Court to Hon Marcia G Cooke
Wilkie D Ferguson Federal Courthouse
400 N Miami Ave
Miami, Fl 33128

MIAMI FL 331
19 MAY 2020 PM 5 L

USMS
INSPECTED  RECEIVED

MAY 21 2020
12:31 PM

33128-161037