Honorable Marcia Dios la Bendiga
y le de mucha Salud
    Todos los Dias Ago una Oracion Con fe
y Esperanza a ver si usted me
Da una Oportunidad De ser Escuchado
    Soy un Padre Desesperado

Antes q' Usted tome un Fallo
    contra 2 niños D 5 y 9 años
tal vez Escuchandome Puedan
    Cambiar Algunas Cosas

Por favor mi Proxima corte De
    Restitucion es el 3 Junio
Le Pido Misericordiosamente.

Le voy Ablar con el Corazon, Logica.
    los Hecchos, la Verdad.

Disculpe tanta Insistencia Pero
    Soy Padre.

At George Ferrer
    CR-19-20085- Marcia Cooke



George Ferrer
Reg # 17958-104
FDC Miami
P.O. box 019120
Miami Fl 33101

Official court to Hon Marcia G Cooke
Wilkie D Ferguson Federal Courthouse
400 N Miami Ave
Miami Fl 33128

MIAMI FL 331
22 MAY 2020 PM 6 L

USMS
INSPECTED RECEIVED
MAY 27 2020
12:43 PM