FILED BY _____ D.C.
MAY 27 2020
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

How you doing Marcia Cooke
I Hope you Are doing well God Bless you Everday I Ask god for you to give me the chance to talk to you I have two kids Age of 5 and 9 that dont know what is Going on, they want to take My kids House with a cat of lies. that they Are Saying About me All im Asking from you to Help me I know you have A Good Heart im my next Court Day I will talk to you from my heart.
    All I want from you to Give me One chance And hear what I have to say to you I Hope you Understand me what is Going on
       thank you very much for your Help And may god be with you Away because you Are Good woman
       Have a Beutiful day

            A George Ferrer 17958-104
                cr-19-20085 Marcia Cooke

George Ferrer
Reg # 17958-104
FDC Miami
PO Box 019120
Miami, Fl 33101

MAY 27 2020
12:43 PM

RECEIVED
USMS INSPECTED

Official court to Hon Marcia Cooke.
Wilkie D Ferguson Federal Courthouse
400 N Miami Ave
Miami Fl 33128.

MIAMI FL 331
21 MAY 2020 PM 5 L

