Honorable Marcia Dios La Bendiga con mucha Salud.

Todos los dias ago una oracion con Fe y Esperanza a ver si me da la oportunidad de ablar con usted. Soy un Padre Desesperado Antes q' tome un fallo contra 2 niñas de 5 y 9 años tal vez usted me escuche y puedan Cambiar muchas cosas Tengo Esperanza, se lo pido Misericordiamente.

Mi Proxima Corte es el 3 Junio Le voy ablar con el corazon, la logica, los hechos la verdad

Disculpe tanta Insistencia usted es la unica persona, Gracias.

Soy Padre Desesperado
George Ferrer.

CR-19-20085 - Marcia Cooke.

FILED BY ___ D.C.
MAY 28 2020
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

MAY 28 2020
11:49 AM

USMS
INSPECTED
RECEIVED

George Ferrer,
Reg # 17918-104
FDC Miami
PO Box 019120
Miami Fl 33101
Federal Detention Center.

MIAMI FL 330
28 MAY 2020 PM 1 L

Official court to Hon Marcia G Cooke.
Wilkie D Ferguson Federal courthouse
400 N Miami Ave
Miami Fl 33128.