Honorable Marcia Cooke Dios la Bendiga mucho y a su familia.

Todos los dias ago una oracion para ver si usted me da la oportunidad de escucharme. Soy un Padre Desesperado. Antes q' usted tome un fallo contra 2 niños de 5 y 9 años quisiera me escuchara tal vez canbien muchas cosas.

Por favor se lo pido misericordiosamente se lo agradecere infinitamente.

Le voy ablar con el corazon, la logica, los echos pero sobre todo con la verdad

Disculpe tanta insistencia de un Padre Desesperado

Atent  George Ferrer
        CR-19-20085 Marcia Cooke.

Mi Proxima Corte 3 Julio Restitucion

- Grazias.



MIAMI FL 331
25 MAY 2020 PM 5 L

Official court to Hon Marcia G Cooke
Wilkie D Ferguson Federal Courthouse
400 N Miami Ave Room 11-2
Miami Fl 33128-

33128-181037

George Ferrer
Reg # 17798-104
FDC Miami
P.O box 019120
Miami Fl 33101
Federal Detention Center

USMS INSPECTED RECEIVED
MAY 28 2020
11:49 AM