Honorable Jueza Marcia Buen Dia.
Dios La Bendiga mucha Salud.

Todos los dias ago una oracion con fe
y esperanza a ver si usted me da
la oportunidad de ser escuchado
Soy un padre desesperado

Antes que usted tome fallo contra
2 niños de 5 y 9 años a lo
mejor usted escuche la verdad
la logica de los hechos

Por favor se lo pido misericordiosamente
mi proxima corte es el 2 Junio

Disculpe tanta Insistencia pero
Soy padre desesperado

George Ferrer 17958-104
CR-19-20085 Marcia Cooke

FILED BY ___PG___ D.C.

JUN 0 2 2020

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI



George Ferrer
Reg # 17958-104
FDC miami
P.O. Box 019120
Miami Fl 33101
Federal Detention Center

Official Court to Hon MARCIA G COOKE
WilkiE D Ferguson Federal Court House
400 N Miami Ave Room 11-2
Miami Fl 33128