Honorable Marcia Cooke Buen Dia Dios la Bendiga Mucho

Todos los dias de este Mundo Ago una Oracion con Fe Pidiendole a Dios Si usted me da una oportunidad de Ablar con usted Soy un Padre Desesperado

Antes q' usted tome un fallo contra 2 Niño de 5 y 9 años tal vez usted me escuche y puedan cambiar algunas cosas Tengo Fe y Esperanza

Por favor mi Proxima Corte Restitucion esta Programa 2 de Junio Le Pido Misericordiosamente Escucheme.

Le voy Ablar con el corazon, la Logica la Verdad de los Hechos

Disculpe tanta Insistencia Soy un

PADRE Desesperado

Grazias George Ferrer CR-19-20085 Marcia



FILED BY ___ D.C.
JUN 02 2020
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

George Ferrer
Reg # 17988-104
FDC Miami
P.O. Box 019120
Miami, Fl 33101
Federal Detention Center

MIAMI FL 331
28 MAY 2020 PM 11 L

Official Court to Hon Marcia Cooke
Wilkie D Ferguson Federal Courthouse
400 N Miami Ave Room 11-2
Miami, Fl 33128

33128$1810 C075