Honorable Marcia Cooke Dios la bendiga mucha salud en esta pandemia

Honorable como ve soy un padre desesperado y ago una oracion con fe diaria. A ver si usted me da una oportunidad de ser escuchado

Antes q' usted tome un fallo contra 2 niños de 5 y 9 años.
Tal vez usted me escuche puedan cambiar muchas cosas tengo esperanza.

Por favor mi proxima corte es el 3 Junio se lo pido misericordiosamente

Le voy ablar con el corazon, la logica y la verdad, espero me entienda.

Disculpe tanta insistencia pero soy padre.

Gracias George Ferrer.
       CR 19-20085 - Marcia Cooke.

FILED BY ___PG___ D.C.

JUN 0 2 2020

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI



George Ferrer
Reg # 97958-104
FDC Miami
P.O.Box 019120
Miami, Fl 33101
Federal Detention Center

Official court to Hon Marcia Cooke
Willie D Ferguson Federal Courthouse
400 N Miami Ave Room 11-2
Miami, Fl 33128.

33128-181037