FILED BY ___PG___ D.C.
JUN 05 2020
ANGELA E. NOBLE
CLERK U.S. DIST CT.
S.D. OF FLA. - MIAMI

Hon Cooke Dios la Bendiga.

Hon soy un Padre Desesperado y le Imploro Misericordia q' me De la oportunidad De ser escuchado, Delante De usted no por una Video llamada. Antes q' tome un fallo contra 2 niños De 5 y 9 años

Hon An Puesto una Semilla Del mal en su Mente Relatos Imaginarios De Ase 15 años Atras en Mexico, Tube Defectos como ser Humano Pero no el monstruo q' me quieren Aser Ver Delante De usted Desde el año 2011 en Miami el trabajo Bajo Sol, Provengo De un Barrio Humilde Para Aserle Daño a un Balsero Cubano Igual q' yo

Me An echo una Gran Trampa Para Sacar 2 niños De 5 y 9 años De una Casa Confundiendola, construyendo la Gran Parte.

Le Ruego, Le Imploro q' Mire y Revise una Transacion Dudosa o Sostificamiento soy un Don Nadie y un Preso para Pedir Nada Pero tratandose lo q' Veo en las Noticias Sobre Marcia Cooke me tomo el Atrevimiento Entiendame soy un Padre Desesperado Hon

Hon Quieren Imponer sus Ideas a la fuerza Fabricando Miles cosas Por Miedo Ignorante no Able el Dia mi Sentencia

Gracias

Dios le De paz y salud.

George Ferrer CR-19-20085 - Marcia Cooke

George Ferrer.
13758-104
FDC Miami
PO Box 019120
Miami Fl 33101
Federal Detention Center

Official Court to Hon Marcia Cooke.
Willkie D Ferguson Federal Courthouse
400 N Miami Ave Room 11-2
Miami Fl 33128.

USMS INSPECTED RECEIVED
JUN 05 2020
2 09 PM

33128-181037

MIAMI FL 331
02 JUN 2020 PM 6 L