Hon Marcia Cooke Dios la Bendiga.
Hon Le Imploro Le Pido Misericordia.
Me De la oportunidad de ablarle delante usted
no Por Video llamadas
Antes q' tome un fallo contra 2 niños
de 5 y 9 Años soy un Padre Desesperado

Hon An Puesto una Semilla del Mal en su Mente
Relatos Imaginarios De Ase 15 Años Atras
en Mexico, Tube Defectos Pero no el Mostruo
q' quieren q' usted me vea, desde el Año
2011 en Miami El Lo unico q' Ago es
Trabajar Bajo Sol, Provengo De un Barrio
Humilde en mi Vida Le echo Daño a un
Balsero Igual q' yo Cubano

Me An echo una Gran tranpa para Poder
Sacar a 2 Niños De una Casa, Confundiendola
Construyendo La Gran Parte

Le Ruego, Imploro Revise una transacion Dudosa
o un Sostificamiento, yo soy un Don Nadie.
Pero tratandose Lo q' Veo en las Noticias
Sobre usted, Ago Oracion con fe para
q' Marcia Cooke me escuche, soy Padre

Hon Tanbian An Puestos sus Ideas a la fuerza.
Fabricando Mil cosas, Pero por Miedo Ignorante
no Pude Decirlo el Dia la Sentencia

Le Ruego, Por favor Dejeme explicar Verdades
Gracias
George Ferrer Cr-19-20085 Marcia Cooke.



MIAMI FL 331
04 JUN 2020 PM 5 L

Official Court to Hon Marcia G Cooke
Wilkie D Ferguson FEDERAL COURTHOUSE
400 N Miami Ave Room -11-2
Miami Fl 33128.

33128-181037

George Ferrer
Reg # 17958-104.
FDC Miami
P.o box 019120
Miami Fl 33101
Federal Detention Center

USMS
INSPECTED   RECEIVED
JUN 09 2020
12:52 PM