Case 1:19-cr-20085-MGC Document 101 Entered on FLSD Docket 06/16/2020 Page 1 of 2
19 CR 20085 MGC

FILED BY PG D.C.
Jun 16, 2020
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Hon Marcia Cooke Dios la Bendiga.

Como ve soy un Padre Desesperado Hon le Pido Misericordia y oportunidad q me escuche Antes tome un fallo contra 2 niños 5 y 9 Años y queden Desamparados en la Calle con esta Pandemia.

Hon An puesto una Semilla mal en su Mente en contra mi Persona, Relatos Imaginarios De Ase 15 Años Atras Mexico Tube Defectos pero no el mostruo me quieran Ser Ver Delante usted, Desde el Año 2011 trabajo Bajo el Sol, Provengo De un Barrio Humilde para Aserle Daño a un Balsero Cubano Igual q' yo

Me An echo una Gran trampa Para Sacar 2 niños De una Casa Confundiendola. Creando la Gran Parte, Buscando testigos en la Mata De Mangos De la esquina. Mintiendo al mas Alto Nivel.

Le Ruego, Le Imploro, q' Revise bien, Mucha total trampas, No soy Nadie para Pedir Nada, Pero Veo Lo q' usted Ase en las Noticias Me tomo el Atrevimiento por Luchar por mis Hijos

Hon Quieren Poner sus Ideas a la Fuerza Por Miedo Ignorante, no Asle el Dia De la Sentencia

Pero Dios es Grande usted me va Dejar aslarle y Algo va pasar

Q Dios y la Paz esten con usted Marcia.

George Ferrer

George Ferrer.
Reg # 17958-104.
FDC Miami
P.o Box 019120
Miami Fl 33101
Federal Detention Center

MIAMI FL 331
11 JUN 2020 PM 2 L

Official court to Hon Marcia Cooke
Wilkie D Ferguson Federal Courthouse
400 N Miami Ave. Room 11-2
Miami Fl 33128

JUN 15 2020
1:15 PM

USMS
INSPECTED RECEIVED