UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                             CASE NO.: 19-20085-CR-COOKE

GEORGE FERRER SANCHEZ,

    Defendant.
_____/

## MOTION TO WITHDRAW AND TO APPOINT COUNSEL FOR APPELLATE PURPOSES

COMES NOW the undersigned counsel for the Defendant GEORGE FERRER SANCHEZ and moves this Court for the entry of an order allowing him to withdraw as counsel of record for appeal for the Defendant and to appoint appellate counsel for the Defendant and as grounds therefore would state as follows:

1. That on March 1, 2019, the undersigned counsel entered his notice of appearance as retained counsel of record for the Defendant. The notice of appearance was intended to be limited for trial purposes and all proceedings in the United States District Court.

2. On August 14, 2019, the defendant entered a guilty plea before this court to Count 3 of the indictment which generally charged him with conspiracy to commit money laundering in connection with alien smuggling activities pursuant to a written plea agreement and factual proffer with the government. (DE #28, 30)

3. After a lengthy sentencing hearing, on January 22, 2020 this court overruled the defendant's objection as to the increases for his role in the offense and for

sophisticated laundering and found that the defendant's applicable guideline range was 108-135 based on a total offense level of 31 and a Criminal History Category of I. The court further denied the defendant's request for a variance[1] and sentenced GEORGE FERRER SANCHEZ at the lowest end of the applicable guideline range, to wit, 108 months among other things and reserved ruling on the issue of restitution.

4. Based on numerous conferences with the defendant within the fourteen-day period after sentencing within which to file an appeal, the defendant originally agreed with counsel (for a period of about a week) not to appeal this court's sentence. However within the aforementioned 14 day period the defendant changed his mind and a timely notice of appeal was filed on his behalf that the defendant had specifically requested. (DE #59)

5. As a result of the COVID-19 pandemic, the restitution hearing originally scheduled for March 25, 2020 has had to be continued by the court with the agreement of the parties and is now scheduled for ***Tuesday, June 30, 2020 at 11:30 a.m.*** (DE #84)

6. The defendant has expressed great dissatisfaction with the undersigned's representation through a series of e-mails from FDC - Miami where the defendant has been since January 2019 as well as letters to this court. So far, since April 28, 2020 - a period of less than seven (7) weeks, the defendant has written a total of 18 letters to this court and an even greater amount of e-mails to the undersigned expressing his dissatisfaction with the representation that he received and especially his dissatisfaction with the sentence he received in this case.

---

[1] At sentencing the court also denied the request of the government for an upward variance.

7. These letters and e-mails clearly show that the attorney/client relationship is clearly broken and it would be in the best interest of the defendant that a new attorney be appointed for his appeal.

8. In order that this court may be aware of the status of the appeal, the case has been docketed with the Eleventh United States Circuit Court of Appeals under *United States v. Ferrer Sanchez*, Case No.: 20-10484. The undersigned has paid the required filing fee as well as ordered, paid for and received all of the necessary transcripts for the appeal.

9. That it would be in the best interest of all concerned for the undersigned to be permitted to withdraw as attorney of record and counsel be appointed for the defendant's appeal.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing of the foregoing was electronically filed with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record this 16th day of June 2020.

Respectfully submitted,

LAW OFFICES OF PHILIP R. HOROWITZ
Attorney for Defendant FERRER SANCHEZ
Suite #1910 - Two Datran Center
9130 South Dadeland Boulevard
Miami, Florida 33156
Tel.: (305) 670-1915
Fax.: (305) 670-1901
E-Mail: *HorowitzDefense@aol.com*

   */s/ Philip R. Horowitz*
By: PHILIP R. HOROWITZ, ESQUIRE
Florida Bar No.: 466557