FILED BY ___ D.C.

AUG 13 2020

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

19CR 20085
MGC

MARCIA COOKE BUEN DIA DIOS LA BENDIGA. Y BENDIGA a LA PERSONA TRADUZE MIS CARTAS

Disculpe por MANDARLE TANTAS CARTAS PERO SOY UN PADRE DESESPERADO y QUERIA ABLARLE PORQUE NO TENGO SALIDA, SOLO ABLANDOLE O INTENTANDOLO NUNCA ME A PASADO POR LA CABEZA FUI MAL SENTENCIADO SERIA POCO INTELIGENTE USTED ME SENTENCIO NO SI YO FIRME CON MI ABOGADO LE AGRADESCO NO AVERME DADO 20 AÑOS y Apele PORQUE USTED ME DIJO PODIA Apelar

— PERO NO VEO JUSTO PAGAR A RESTITUCION PERSONAS Q NUNCA AN SIDO VICTIMAS SE Q USTED NO TIENE TIEMPO PARA REVISAR PERO OJALA DIOS AGA UN MILAGRO y USTED LLAME a ALGUIEN
— RESTITUCION VICTIMAS
VICTIMA # ① MARIA NUÑEZ MADRE VICTIMA. TESTIMONIO COURT HOUSE MARZO, 29, 2019. PILAR FERNANDEZ INTERPRETA 18-02 JOHN WILLIANS FOREPERSON IGNACIO VAZQUEZ UNITED STATES ATTORNEY

VICTIMA # ② JUAN DE DIOS GOMEZ, PRESO FDC MIAMI DECLARACION 03/28/2018 COURT HOUSE FILE 281C-HLM-259538-302 IGNACIO VAZQUEZ UNITED STATES ATTORNEY

LA GRACIA DE NUESTRO SEÑOR JESUCRISTO SEA CON USTED MARCIA, Amen

George Farrar

Case 1:19-cr-20085-MGC   Document 125   Entered on FLSD Docket 08/13/2020   Page 2 of 2

George Ferrar Sanchez
Reg # 17958-104.
FDC Miami
P.O Box 019120.
Miami Fl 33101



Hon Judge Marcia G. Cooke.
Wilkie D Ferguson
United States Court House.
400 North Miami Ave Room 11-2
Miami Fl, 33128

**USMS**
**INSPECTED**

**RECEIVED**

AUG 13 2020
1:03 PM